**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Kerry Wright,                                    Civil No. 08-3352 (RHK/JJG)

        Plaintiff,                  **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

Wyeth, Wyeth Pharmaceuticals, Inc., Pharmacia
& Upjohn Company LLC, Pharmacia Corporation,
Greenstone Ltd., Novo Nordisk, Inc., Novartis
Pharmaceuticals Corporation, Pfizer, Inc., Pharmacia
& Upjohn LLC,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 30, 2008

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge